UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.   19 CR 10119-DJC |
| v. | ) |
| PAUL IWUANYANWU, Defendant. | ) |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO TRAVEL

The United States hereby opposes the Defendant's Motion to Modify Conditions of Release to Allow Travel (Dkt. #134) (the "Motion").

The United States opposes the Motion because the Defendant is a significant flight risk and has strong connections to Nigeria.  Moreover, his crimes involved sending money to himself and co-conspirators in Nigeria.  The defendant had transferred $95,320 of stolen funds for himself to Nigeria when the scheme was uncovered and the funds caught.  Prior to that time, and after, there is therefore reason to believe that he has been able to move stolen funds for himself to Nigeria and to his family in Nigeria.  As his motion indicates, he now has a spouse in Nigeria and is no longer married to anyone in the United States.  Thus, he has significant family ties to Nigeria.

Defendant moved to continue his trial from November until early March.  He faces clear evidence of his participation in extensive fraud schemes, and a potential significant sentence of incarceration.  He has strong incentives not to return from Nigeria.

In addition, such international travel is particularly inappropriate in the time of the COVID-19 pandemic.  The extended travel to Nigeria to visit family and resulting

exposures to many people across multiple countries is not consistent with minimizing

risks from COVID-19 during a pandemic and prior to trial.  In addition, there are

predictions of rising cases in the United States going into the winter period in which he

seeks to travel.  There is also the uncertainty of travel restrictions that may be imposed

that could affect his ability to return.

For all of these reasons, the United States respectfully submits that Defendant's

Motion to Modify Conditions of Release to Travel must be denied.


Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By:    /s/ *Sara Miron Bloom*
        SARA MIRON BLOOM
        Assistant United States Attorney
        John Joseph Moakley United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3265

Dated: October 19, 2020

## **CERTIFICATE OF SERVICE**


I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) .

/s/ *Sara Miron Bloom*
Sara Miron Bloom
Assistant United States Attorney

Date: October 19, 2020