UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 19-CR-10119-DJC |
| | ) |
| PAUL IWUANYANWU | ) |

## MOTION FOR RULE 11 HEARING

The defendant, Paul Iwuanyanwu, respectfully requests that the Court schedule his case for a Rule 11 hearing. As grounds therefor, Mr. Iwuanyanwu wishes to change his plea to the charges in the indictment.

Respectfully submitted,
PAUL IWUANYANWU,
By his attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, BBO # 661394
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2021.

*/s/Jane F. Peachy*
Jane F. Peachy